Same case below, 364 Fed. Appx. 749.

**No. 09-1533. Frantz DePierre, Petitioner v. United States.**

562 U.S. 960, 131 S. Ct. 458, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8010.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted.

Same case below, 599 F.3d 25.

**No. 10-6. Global-Tech Appliances, Inc., et al., Petitioners v. SEB S.A.**

562 U.S. 960, 131 S. Ct. 458, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8068.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit granted.

Same case below, 594 F.3d 1360.

**No. 10-72. Madison County, New York, et al., Petitioners v. Oneida Indian Nation of New York.**

562 U.S. 960, 131 S. Ct. 459, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8016.

October 12, 2010. Motion of Citizens Equal Rights Foundation, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted. Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 605 F.3d 149.

**No. 09-1442. Denali, L.L.C., et al., Petitioners v. Utah State Tax Commission, et al.**

562 U.S. 960, 131 S. Ct. 455, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8081.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Utah denied.

Same case below, 225 P.3d 153.

**No. 09-10097. Edward Hill, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 961, 131 S. Ct. 455, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8032.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10509. Delano Maxwell and Hassan Majied, Petitioners v. United States.**

562 U.S. 961, 131 S. Ct. 455, 178 L. Ed. 2d 286, 2010 U.S. LEXIS 8033.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 590 F.3d 585.